**[8ADVNH]** [Adversary Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:10−bk−648−MGW
Chapter 7

Joseph Wayne Sharp

_____Debtor(s)_____/

Vystar Credit Union

_____Plaintiff(s)

vs.  Adv. Pro. No. 8:10−ap−00154−MGW

Joseph Wayne Sharp

_____Defendant(s)_____/

NOTICE OF PRETRIAL CONFERENCE

NOTICE IS HEREBY GIVEN THAT:

A Pretrial Conference will be held in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 on April 27, 2010 at 09:30 AM before the Honorable Michael G. Williamson , United States Bankruptcy Judge . All pending motions will be heard at the pretrial conference.

Service of the Notice: Counsel for the plaintiff is directed to serve a copy of this notice on parties prescribed to be served in accordance with F.R.B.P. 7004(b) and a certificate of service evidencing service of same shall be filed with the court.

Conduct of Hearing. The Court will not permit the introduction of testimony or documentary evidence at the pretrial conference. However, the Court will consider as part of the record affidavits that are offered without objection, uncontradicted proffers of evidence made by counsel, and judicial and evidentiary admissions made by the parties in open Court or in the papers and schedules filed with the Court. NOTICE IS HEREBY GIVEN to the parties that at the pretrial conference, the Court on its own motion may grant summary judgment in favor of the movant or respondent as to all or part of the relief requested, if there is no genuine issue as to any material fact and some or all of the relief requested should be granted or denied as a matter of law.

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED on February 17, 2010 .

FOR THE COURT
Lee Ann Bennett , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602